

**ORIGINAL**

chrisgranthamind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV 28 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER GRANTHAM, <br><br> Defendant. | CRIMINAL CASE NO. 07-00107 <br><br> **INDICTMENT** <br><br> **ATTEMPTED MANUFACTURE OF METHAMPHETAMINE** <br> [21 U.S.C. §§ 841(a)(1) & 846] |

THE GRAND JURY CHARGES:

Beginning on about October 24, 2007, in the District of Guam, the defendant herein, CHRISTOPHER GRANTHAM, did knowingly and intentionally attempted to manufacture five

//
//
//
//
//
//

grams or more of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Dated this 28th day of November, 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00107**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__    Matter to be sealed: ___ Yes __x__ No

Defendant Name ___CHRISTOPHER GRANTHAM___

Alias Name _____

Address _____

_____Guam_____

Birthdate __Xx/xx/19__  SS# __xxx-xx-__  Sex __M__  Race __A__  Nationality _Filipino_

**U.S. Attorney Information:**

AUSA ___Rosetta L. San Nicolas___

Interpreter: __X__ No ___ Yes    List language and/or dialect: _____

**RECEIVED NOV 28 2007**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ___ Petty ___ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  21USC 841(a)(1) & 846 | Attempted Manufacture of Methamphetamine | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: _____    Signature of AUSA: _____