LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER SEALING RECORD** |
| | ) | |
| CHRISTOPHER GRANTHAM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Through an application to seal record having come before this court and the court

finding good cause for the issuance of the order;

    IT IS SO ORDERED that the record herein be sealed until further order of the court.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Nov 28, 2007**