AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Guam

**FILED**
**DISTRICT COURT OF GUAM**
JAN 0 7 2008

**JEANNE G. QUINATA**
**Clerk of Court**

UNITED STATES OF AMERICA

V.

CHRISTOPHER GRANTHAM

## WARRANT FOR ARREST

Case Number: CR-07-00107-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____CHRISTOPHER GRANTHAM_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court |
| ☐ Pretrial Release Violation Petition | ☐ Probation Violation Petition | ☐ Supervised Release Violation | ☐ Violation Notice |

**RECEIVED**
**NOV 28 2007**
**US MARSHALS SERVICE-GUAM**

charging him or her with (brief description of offense)

Attempted Manufacture of Methamphetamine

X in violation of Title ____21____ United States Code, ____841(a)(1) & 846____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Leilani R. Toves Hernandez | _[signature]_ |
| Name of Issuing Officer | Signature of Issuing Officer |
| **Deputy Clerk** | November 28, 2007, Hagåtña, Guam |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

Asan, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| 11/28/07 | TFO Franklin J. Gutierrez | _[signature]_ |
| DATE OF ARREST | DEA/Task Force | |
| 1/7/08 | | |

ORIGINAL

Case 1:07-cr-00107  Document 8  Filed 01/07/2008  Page 1 of 1