# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00107　　　　　　　　　　　　DATE: January 07, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio　　　Electronically Recorded: 1:53:28 - 2:00:13
CSO: J. McDonald

**APPEARANCES:**
Defendant: Christopher Grantham　　　　　Attorney: G. Patrick Civille
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent:
U.S. Probation: Judy Ocampo　　　　　　　U.S. Marshal: T. Muna
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Financial Affidavit reviewed and accepted: G. Patrick Civille appointed to represent the defendant.
- Defendant sworn and examined.
- Arraignment continued to: 1/8/2008 at 10:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: