# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00107            DATE: January 08, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter M. Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 3:57:04 - 3:59:09 |
| CSO: J. McDonald | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Christopher Grantham | Attorney: G. Patrick Civille |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: |
| U.S. Probation: Grace Flores | U.S. Marshal: V. Roman |
| Interpreter: | Language: |

**PROCEEDINGS: ARRAIGNMENT**
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: March 4, 2008 at 9:30 a.m.
- Defendant detained as previously ordered by this Court.

NOTES: