## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00107 |
| Plaintiff, | |
| vs. | |
| **CHRISTOPHER GRANTHAM,** | **TRIAL SCHEDULING ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

- **All Pretrial Motions**, including but not limited to discovery, *in limine*, suppression, and dismissal motions , shall be filed no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **January 28, 2008, at 3:00 p.m.**

  - ‣ **Opposition to all Motions** shall be filed no later than . . . **February 5, 2008, at 3:00 p.m.**

  - ‣ **Replies to Opposition** shall be filed by no later than . . . . **February 12, 2008, at 3:00 p.m.**

  **No late motions shall be filed without court approval.  Failure to timely file an opposition to a motion may be deemed by the Court as consent to the granting of such motion**.

- The following must be filed or lodged with the court by . . . . **February 19, 2008, at 3:00 p.m.**

  - ‣ **An original and one copy of the witness list.**  Witness lists must include legal names, aliases, nicknames, village/city of residence, and place of employment.
  - ‣ **Proposed *Voir Dire* Questions, Proposed Jury Instructions with source noted, and Proposed Verdict Forms.**
  - ‣ **An original and three copies of the exhibit list.**  Government's exhibits shall be numbered and Defendant's exhibits shall be lettered.
  - ‣ **Three complete sets of marked and tabbed exhibits in three-ring binders, with each binder containing a filed copy of the exhibit list.**  The exhibits shall include those items which may be introduced for identification into evidence but not necessarily proffered for admission, i.e., police/investigative reports or witness statements.  The parties shall meet and confer sufficiently in advance of trial and formulate a set of joint exhibits. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party.

- **Pretrial conference and Hearing on all Motions** shall be held on . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **February 26, 2008, at 9:30 a.m.**

- **Jury Selection and Trial** shall be held on . . . . . . . . . . . . . . . **March 4, 2008, at 9:30 a.m.**



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jan 08, 2008**