# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

CASE NO.: CR-07-00107            DATE: March 03, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 2:00:32 - 2:20:20 |
| CSO: B. Pereda | |

**APPEARANCES:**

Defendant: Christopher Grantham      Attorney: Traylor T. Mercer on behalf of Patrick Civille

☑Present ☑Custody ☐Bond ☐P.R.      ☑Present ☐Retained ☐FPD ☑CJA

| | |
|---|---|
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: |
| U.S. Probation: Carleen Borja | U.S. Marshal: V. Roman |
| Interpreter: | Language: |

**PROCEEDINGS: Change of Plea**

- Defendant consented to a Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Pen and ink changes made to plea agreement.
- Status hearing is for: <u>May 5, 2008 at 2:30 p.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>

NOTES: