IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00107 |
| Plaintiff. | ) | |
| vs. | ) | **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF STATUS HEARING** |
| CHRISTOPHER GRANTHAM, | ) | |
| Defendant. | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging him with Attempted Manufacture of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 846, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for a status hearing on May 5, 2008, at 2:30 p.m., with a sentencing hearing to be set at a later date.

IT IS SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
   **Chief Judge**
   **Dated: Mar 24, 2008**