
**ORIGINAL**

1  chrisgranthamstp

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagatna, Guam 96910
   PHONE: 472-7332
6  FAX: 472-7334

**FILED**
DISTRICT COURT OF GUAM

MAY 0 2 2008

JEANNE G. QUINATA
Clerk of Court

7  Attorneys for the United States of America

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,     ) CRIMINAL CASE NO. 07-00107
                              )
         Plaintiff,           )
                              ) **STIPULATED MOTION TO**
     vs.                      ) **CONTINUE STATUS HEARING**
                              )
CHRISTOPHER GRANTHAM,         )
                              )
         Defendant.           )
_____)

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, G. Patrick Civille, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for May 5, 2008, and that it be continued for two (2) months, at a date and time to be selected by the court at it's convenience.

5/20/08
DATE

_____
G. PATRICK CIVILLE
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

5/2/08
DATE

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney