LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00107 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | **Granting 1st Request to** |
| ) | **Continue Status Hearing** |
| CHRISTOPHER GRANTHAM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based on the stipulation of the parties and for good cause shown,

**IT IS SO ORDERED** that the Status Hearing currently scheduled for May 5, 2008, is hereby continued to July 30, 2008, at 2:30 p.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 05, 2008

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | |
| | ) | |
| CHRISTOPHER GRANTHAM, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the justification for continuing the May 5, 2008, status hearing be filed under seal, *nunc pro tunc* to May 2, 2008, and remain sealed until further order of the Court.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 05, 2008