# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER GRANTHAM,<br><br>Defendant. | Criminal Case No. 07-00107<br><br>**ORDER** |

The parties in the above-captioned case have stipulated to vacating the status hearing presently scheduled for July 30, 2008 at 2:30 p.m. and have requested a sentencing date be set.

Accordingly, **IT IS HEREBY ORDERED** that the United States Probation Office shall provide the draft presentence report no later than September 22, 2008. The parties shall file their response to the presentence report no later than October 6, 2008. The United States Probation Office shall provide the final presentence report no later than October 20, 2008. Sentencing is scheduled for October 27, 2008 at 9:30 a.m.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jul 29, 2008**